UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 1: 19-cv-1568-GBD

BRAULIO THORNE AND ON BEHALF OF ALL
OTHER PERSONS SIMILARLY SITUATED,
Plaintiff,

v.

CHRIS CRAFT CORPORATION

Defendant.                    /

## JOINT STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Braulio Thorne and Defendant Chris Craft Corporation, by their respective undersigned counsel, hereby stipulate and agree to the voluntary dismissal of all claims in the above-captioned action.

This voluntary dismissal is WITH PREJUDICE, with each party to bear his/its own attorneys' fees, costs, and expenses, and this case shall now be marked by the Clerk of the Court as dismissed with prejudice.


Dated: _____, 2019

Dated: May 10, 2019

By: /s/ *[signature]*
**GOTTLIEB & ASSOCIATES**
150 East 18 Street, Suite PHR
New York, New York 10003
Telephone: (212) 228-9795
Facsimile: (212) 982-6284
NYJG@aol.com
danalgottlieb@aol.com

Respectfully submitted,

By: /s/ *[signature]*
**K&L GATES LLP**
*Counsel for Chris Craft Corporation*
Carol C. Lumpkin, Esq.
Stephanie N. Moot, Esq.
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 3900
Miami, Florida 33131-2399
Telephone:   305.539.3300
Facsimile:    305.358.7095
Email: carol.lumpkin@klgates.com
              stephanie.moot@klgates.com

Dated: MAY 1 3 2019

*George B. Daniels*
United States District Court Judge